UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MELENDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No.  1:20-cv-01783-AWI-SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE**<br><br>**(Doc. No. 13)** |

    Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 5, 2021, the Magistrate Judge assigned to the case issued Findings and Recommendation to dismiss the petition as duplicative.  Doc. No. 13.  This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order.  On January 14, 2021, Petitioner filed a pleading entitled "Objection to the Magistrate Judge's Finding and Recommendation" in which Petitioner requests that the Court dismiss the case pursuant to the Findings and Recommendation.  Doc. No. 15.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, including Petitioner's

objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, the Court orders as follows:

1. The Findings and Recommendations, filed on January 5, 2021 (Doc. No. 13), is ADOPTED in full;
2. The petition for writ of habeas corpus is DISMISSED (Doc. No. 1); and
3. The Clerk of Court is directed to enter judgment and close the case. This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  January 20, 2021                              _____
                                                       SENIOR DISTRICT JUDGE