UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MELENDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No.  1:20-cv-01783-AWI-SKO (HC)<br><br>**ORDER DENYING MOTION FOR STATUS CONFERENCE**<br><br>**(Doc. 18)** |

　　　　Petitioner is a federal prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 20, 2021, the District Court dismissed the petition and closed the case in its entirety. (Doc. 16.)  On March 8, 2021, Petitioner filed a motion requesting a status conference hearing in this matter.  (Doc. 18.)  Petitioner is advised that this case is closed; therefore, no further motions will be entertained.  Accordingly, Petitioner's motion for status conference hearing is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 10, 2021**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1